IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC.,<br><br>            Plaintiffs,<br>    v.<br>SPECTORSOFT CORPORATION,<br><br>            Defendant. | C.A. No. 12- 081-LPS |

### NOTICE OF DEPOSITION OF KEONNE RODRIGUEZ

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs Helios Software, LLC and Pearl Software, Inc. ("Plaintiffs") will take the deposition upon oral examination of Keonne Rodriguez at the offices of Young Conaway Stargatt & Taylor, LLP, located at 1000 North King Street, Wilmington, DE, commencing at 10:00 a.m. on January 4, 2013, or at such other time and place as the parties may agree, and continuing thereafter until completed.

The deposition will be conducted under the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure for the United States District Court for the District of Delaware, for the purpose of discovery, for use at trial, and for such other purposes as are permitted by law. This deposition will be taken before an officer authorized to administer oaths under the Federal Rules of Civil Procedure, and may be recorded by stenographic, as well as by audio and videotape, means pursuant to Rule 30(b)(3). You are invited to attend and participate in the manner provided for in the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL | */s/ Monté T. Squire* |
| | Adam W. Poff (No. 3990) |
| Cabrach J. Connor | Monté T. Squire (No. 4764) |
| Jeffery R. Johnson | Robert M. Vrana (No. 5666) |
| REED & SCARDINO LLP | Rodney Square |
| 301 Congress Avenue, Suite 1250 | 1000 North King Street |
| Austin, TX 78701 | Wilmington, Delaware 19801 |
| Tel: (512) 474-2449 | (302) 571-6600 |
| Fax: (512) 474-2622 | *apoff@ycst.com* |
| *cconnor@reedscardino.com* | *msquire@ycst.com* |
| *jjohnson@reedscardino.com* | *rvrana@ycst.com* |
| | *Attorneys for Plaintiffs Helios Software, LLC* |
| Dated: November 21, 2012 | *and Pearl Software, Inc.* |

## **CERTIFICATE OF SERVICE**

I, Monté T. Squire, Esquire, hereby certify that on November 21, 2012, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rex A. Donnelly, IV
>Ratner & Prestia
>1007 Orange Street, Suite 100
>Wilmington, DE 19899
>*radonnelly@ratnerprestia.com*
>
>*Attorney for SpectorSoft Corporation*

I further certify that on November 21, 2012, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

>James P. Martin, Esquire
>Lisa Stockholm, Esquire
>Erick C. Howard, Esquire
>Shartsis Friese LLP
>One Maritime Plaza, 18th Floor
>San Francisco, CA 94111
>*jmartin@sflaw.com*
>*lstockholm@sflaw.com*
>*ehoward@sflaw.com*

>YOUNG CONAWAY STARGATT
>  & TAYLOR, LLP
>
> /s/ Monté T. Squire
>Adam W. Poff (No. 3990)
>Monté T. Squire (No. 4764)
>Rodney Square
>1000 N. King Street
>Wilmington, DE 19801
>msquire@ycst.com
>
>*Attorneys for Plaintiffs*

01:12145843.1