# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SPECTORSOFT CORPORATION, <br><br> Defendant. | C.A. No. 12-081-LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2012, the following:

(1) OBJECTIONS AND RESPONSE TO NOTICE OF DEPOSITION OF JEANI PARK

(2) OBJECTIONS AND RESPONSE TO NOTICE OF DEPOSITION OF LYNETTE STEVENS

(3) OBJECTIONS AND RESPONSE TO NOTICE OF DEPOSITION OF KEONNE RODRIGUEZ

were served upon the following counsel in the manner indicated below:

### BY E-MAIL

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Adam W. Poff, Esq.
Monté T. Squire, Esq.
Robert M. Vrana, Esq.
Rodney Square
1000 N. King Street
Wilmington, DE 19801
apoff@ycst.com
msquire@ycst.com
rvrana@ycst.com

REED & SCARDINO
Cabrach J. Connor, Esq.
Jeffrey. R. Johnson, Esq.
Reed & Scardino LLP
301 Congress Avenue, Suite 1250
Austin, TX  78701
cconnor@reedscardino.com

*Attorneys for Plaintiffs HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC*

PLEASE TAKE FURTHER NOTICE that on January 18, 2013, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Adam W. Poff, Esq. (*apoff@ycst.com*)
> Monté T. Squire, Esq. (*msquire@ycst.com*)
> Robert M. Vrana, Esq. (*rvrana@ycst.com*)
> YOUNG CONAWAY STARGATT & TAYLOR, LLP
> Rodney Square
> 1000 N. King Street
> Wilmington, DE 19801

In addition, on January 18, 2013, this Notice of Service was served by e-mail on the above listed counsel of record and on the following:

> Cabrach J. Connor, Esq. (*cconnor@reedscardino.com*)
> Jeffrey. R. Johnson, Esq. (*jjohnson@reedscardino.com*)
> REED & SCARDINO LLP
> 301 Congress Avenue, Suite 1250
> Austin, TX  78701

RATNERPRESTIA

*/s/ Rex A. Donnelly*

Rex A. Donnelly (#3492)
1007 Orange Street, Suite 1100
Wilmington, DE 19801
(302) 778-2500 (phone)
(302) 778-2600 (fax)
*radonnelly@ratnerprestia.com*

*Attorneys for Defendant*
*SPECTORSOFT CORPORATION*

Of Counsel:

James P. Martin
Lisa Stockholm
Erick C. Howard
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA  94111
(415) 421-6500 (phone)
(415) 421-2922 (fax)
*jmartin@sflaw.com*
*lstockholm@sflaw.com*
*ehoward@sflaw.com*

Dated: January 18, 2013