IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC., <br><br> Plaintiffs, <br> v. <br><br> SPECTORSOFT CORPORATION, <br><br> Defendant. | C.A. No. 12- 081-LPS |

**VERDICT FORM**

I.  **PATENT INFRINGEMENT**

<u>**DIRECT INFRINGEMENT OF U.S. PATENT NUMBER 6,978,304 ("THE '304 PATENT")**</u>

1. For each of the following products, has Pearl proven by a preponderance of the evidence that SpectorSoft directly infringed any Asserted Claim of the '304 patent?

**SPECTOR 360**

*Checking "yes" below indicates a finding for Pearl.*
*Checking "no" below indicates a finding for SpectorSoft.*

Yes_____    No____✓_____

If you answered "Yes" to this question, please mark the claim(s) you found to be infringed:

Claim 1 (Independent): _____    Claim 9 (Independent): _____

Claim 2 (Dependent): _____    Claim 10 (Dependent): _____

Claim 3 (Dependent): _____    Claim 12 (Dependent): _____

Claim 4 (Dependent): _____    Claim 13 (Dependent): _____

     Claim 14 (Dependent): _____

**SPECTOR CNE**

*Checking "yes" below indicates a finding for Pearl.*
*Checking "no" below indicates a finding for SpectorSoft.*

Yes_____    No____✓_____

If you answered "Yes" to this question, please mark the claim(s) you found to be infringed:

Claim 1 (Independent): _____    Claim 9 (Independent): _____

Claim 2 (Dependent): _____    Claim 10 (Dependent): _____

Claim 3 (Dependent): _____    Claim 12 (Dependent): _____

Claim 4 (Dependent): _____    Claim 13 (Dependent): _____

     Claim 14 (Dependent): _____

## INDUCING INFRINGEMENT OF THE '304 PATENT

2. For each of the following products, has Pearl proven by a preponderance of the evidence that SpectorSoft induced a third party to infringe any Asserted Claim of the '304 patent?

**SPECTOR 360**

*Checking "yes" below indicates a finding for Pearl.*
*Checking "no" below indicates a finding for SpectorSoft.*

Yes_____    No____✓_____

If you answered "Yes" to this question, please mark the claim(s) you found to be infringed:

Claim 1 (Independent): _____    Claim 9 (Independent): _____

Claim 2 (Dependent): _____    Claim 10 (Dependent): _____

Claim 3 (Dependent): _____    Claim 12 (Dependent): _____

Claim 4 (Dependent): _____    Claim 13 (Dependent): _____

     Claim 14 (Dependent): _____

**SPECTOR CNE**

*Checking "yes" below indicates a finding for Pearl.*
*Checking "no" below indicates a finding for SpectorSoft.*

Yes_____    No____✓_____

If you answered "Yes" to this question, please mark the claim(s) you found to be infringed:

Claim 1 (Independent): _____    Claim 9 (Independent): _____

Claim 2 (Dependent): _____    Claim 10 (Dependent): _____

Claim 3 (Dependent): _____    Claim 12 (Dependent): _____

Claim 4 (Dependent): _____    Claim 13 (Dependent): _____

     Claim 14 (Dependent): _____

## II. PATENT VALIDITY

### VALIDITY OF THE '304 PATENT - ANTICIPATION

3. Has SpectorSoft proven by clear and convincing evidence that any Asserted Claim of the '304 patent is invalid as anticipated by a single prior art reference?

*Checking "yes" below indicates a finding for SpectorSoft.*
*Checking "no" below indicates a finding for Pearl.*

Yes __✓__            No _____

If you answered "Yes" to this question, please mark the claim(s) you found to be anticipated:

Claim 9 (Independent): __✓__

Claim 10 (Dependent): __✓__

Claim 12 (Dependent): __✓__

Claim 13 (Dependent): __✓__

Claim 14 (Dependent): __✓__

### VALIDITY OF THE '304 PATENT - OBVIOUSNESS

4. Has SpectorSoft proven by clear and convincing evidence that any Asserted Claim of the '304 patent would have been obvious at the time of the invention to a person of ordinary skill in the art?

*Checking "yes" below indicates a finding for SpectorSoft.*
*Checking "no" below indicates a finding for Pearl.*

Yes ✓   No ___

If you answered "Yes" to this question, please mark the claim(s) you found to be obvious:

Claim 1 (Independent): ___    Claim 9 (Independent): ✓

Claim 2 (Dependent): ___    Claim 10 (Dependent): ✓

Claim 3 (Dependent): ___    Claim 12 (Dependent): ✓

Claim 4 (Dependent): ___    Claim 13 (Dependent): ✓

                                                                         Claim 14 (Dependent): ✓

## III.  DAMAGES (IF APPLICABLE)

### DIRECT INFRINGEMENT

> 5.  If you answered "Yes" to either Accused Product in question 1 (that is, you found that SpectorSoft directly infringed one or more claims of the '304 Patent) AND you answered "No" on each of the Patent Invalidity questions 3 and 4 (that is, you found that the infringed claim(s) was not invalid), then what amount have Plaintiffs proven they are entitled to be paid as a reasonable royalty?
>
> If you did not so answer, do not fill in the blank below and proceed to the next question.
>
> *Write the amount in dollars and cents below*

**Damages: $** _____

### INDIRECT INFRINGEMENT

> 6.  If you answered "Yes" to either Accused Product in question 2 (that is, you found that SpectorSoft induced infringement of one or more claims of the '304 Patent) AND you answered "No" on each of the Patent Invalidity questions 3 and 4 (that is, you found that the infringed claim(s) was not invalid), then what amount have Plaintiffs proven they are entitled to be paid as a reasonable royalty?
>
> *Write the amount in dollars and cents below*

**Damages: $** _____

5

You have reached the end of the verdict form. Review the completed form to ensure it accurately reflects your unanimous determinations. All jurors should then sign and date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

6/19/15
*Date*